JOSEPH SCHLESINGER, #87692
Acting Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
J.P. TORRES
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARTIN A. LEMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MJ-00084-DAD |
| Plaintiff, | AMENDED STIPULATION TO VACATE COURT TRIAL AND TO SET A CHANGE OF PLEA |
| v. | |
| MARTIN A. LEMAS, | Date: April 23, 2013<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

The United States of America by and through its attorney, CHRIS CHANG, Special Assistant United States Attorney, and the defendant MARTIN A. LEMAS, by and through the defendant's attorney LINDA C. HARTER, Chief Assistant Federal Defender, hereby stipulate to vacate the Court Trial set for June 19, 2013 at 9:00am.

Accordingly, the parties jointly request that a Change of Plea be scheduled for April 23, 2013 at 10:00a.m. before Magistrate Judge Dale A. Drozd.

//

| | |
|---|---|
| Dated: April 12, 2013 | Respectfully submitted, |
| | |
| | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| | |
| | /s/ Linda C. Harter<br>LINDA C. HARTER<br>Chief Assistant Federal Defender<br>Attorney for MARTIN A. LEMAS |
| | |
| Dated: April 12, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | |
| | /s/Chris Chang<br>CHRIS CHANG<br>Special Assistant U.S. Attorney |

O R D E R

**IT IS SO ORDERED.**

DATED: April 15, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
lemas0084.stipord.cop.wpd

-2-