BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED
APR 22 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-mj-00084-DAD |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER TO CONTINUE CHANGE OF PLEA |
| v. | ) |
| MARTIN A. LEMAS, | ) Date:  April 23, 2013 |
| Defendant. | ) Time:  10:00 a.m. |
|  | ) Judge: Hon. Dale A. Drozd |

It is hereby ordered that the change of plea set for April 23, 2013 at 10:00 a.m. be continued to May 28, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 22, 2013

_____
HON. DALE A. DROZD
United States Magistrate Judge